UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-    ( )( )

Defendant __Noe Villa Rios__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ✓ teleconferencing:

✓  Initial Appearance Before a Judicial Officer

___  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

✓  Bail/Detention Hearing

✓  Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

__Noe Villa Rios__
Print Defendant's Name

_____
Defendant's Counsel's Signature

__Jocelyn Strauber__
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

March 1, 2021
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge